# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

Amended Complaint

## CIVIL COMPLAINT

Johnnie Casey                    ,

_____,

*(Write the full name of each Plaintiff
who is filing this complaint. If the
names of all the plaintiffs cannot fit
in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names.)*

**v.**

CFO - Jerrell Kirk Crews    ,

_____,

_____,

*(Write the full name of each Defendant
who is being sued. If the names of all
the Defendants cannot fit in the space
above, please write "see attached" in
the space and attach an additional
page with the full list of names.)*

_____/

**Case No.:** 5:23-cv-317-MW/MJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
□ **YES**   □ **NO**

FILED USDC FLND PN  JFJ
FEB 5 '24 PM3:26

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Johnnie Casey

Address: 314 James St. Apt C.

City, State, and Zip Code: Panama City, FL. 32404

Telephone: _____ (Home) 850-257-4570 (Cell)

2. Plaintiff's Name: _____

Address: _____

City, State, and Zip Code: _____

Telephone: _____ (Home) _____ (Cell)

*(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: CFO - Terrell Kirk Crews

Name of Employer *(if relevant)*: FLORIDA Power & LIGHTS Company

Address: 700 Universe BLVD

City, State, and Zip Code: Juno Beach, FL. 33408

2. Defendant's Name: _____

Name of Employer *(if relevant):* _____

Address: _____

_____

City, State, and Zip Code: _____

3. Defendant's Name: _____

Name of Employer *(if relevant):* _____

Address: _____

_____

City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Question          ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: Breach of Fiduciary Duties . Securities Fraud . Securitys Exchange Act 1934 . Federal Reserve Act . Due Process of Fourteenth Amendment .

B.  If the Basis for Jurisdiction is Diversity of Citizenship:

1.  Plaintiff(s)

a.  Plaintiff is an individual and a citizen of: _____

b.  If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

*(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

         *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes    ☑ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

Breach of Fiduciary Duties. (1) in or About 1/1/2020
I, Johnnie Casey entered into A Contract with

FloRIDA Power & Lights Company. This Application With Florida Power & Lights Created A SecuRity. .

See Attached PAPERS.

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. FoR My Rights as the beneficiary Owner OF My FPL Account & Security to be Upheld, So I may Settle my Finacial obligations With my interest and Equity With my Security and of FPL Account/Contract. . .

See Attachment

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 2/3/24 Plaintiff's Signature: _J. Casy_

Printed Name of Plaintiff: Johnnie Casey

Address: 314 James St. Apt C.

Panama City, FL. 32404

E-Mail Address: JohnnieCasey111@Gmail.Com

Telephone Number: 850-257-4570

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

## STATEMENT OF CLAIM#1 BREACH OF FIDUCIARY DUTIES

1.in or about January 1, 2020 I, Johnnie Casey , entered into a consumer contract with Florida Power & Lights company for the services to obtain electricity in my then home 1602 Mississippi ave Lynn have, fl. 32444. Thus creating a security under certain contract laws and security laws, making me the beneficial owner under said account.

2. My account was later closed due to non payment.

3.after studying contract law and security laws, I realized I was entitled to interest and equity in my Florida power & lights company contract, promissory note, or the security created through the investment contract signed with me and Florida Power & Lights Company.

4. On October 24, 2023 I mailed via registered mail official documents to CFO/Vice President-Terrell Kirk Crews . Of the documents one was titled a notice to claim to interest, informing Mr. Crews that I was coming forth to accept all titles, rights, interest and equity owed to the principal JOHNNIE CASEY in the contract and or security created between JOHNNIE CASEY and Florida Power & Lights company .

5. Along with the Notice of Claim to interest, I also mailed to CFO-Terrell Kirk Crews an endorsed bill of exchange, with instructions , tender of payment , as well as a durable power of attorney . These instructions explained that as the beneficiary owner of the Florida power and lights account I held rights to the interest and equity in said account. And that I would like the principal balance to transfer to the principal account for setoff, settlement or discharge of the financial obligation. I also instructed Terrell Kirk Crews that I would like my account reopened and transferred to my current resident of 314 James st. Apt c. Panama City Fl. 32404.

6. On or about November 16, 2023 I received a response from Florida power & lights denying and refusing to accept the assignment of my rights or accounts through trust, and stating the documents that I mailed were not binding upon FPL. This letter was signed by Emily G, Customer Advocate for Florida Power & Light.

7. This denial of my rights in the contract is a violation of fiduciary duties upon CFO- Terrell Kirk Crews. As well as securities fraud by denying me right to the interest payment from the security or my Florida power & lights account.

8. The response letter from Florida Power & Light also stated that the matter was final, and they would not be responding to future correspondence on such nature.

9. Due to the response letter from FPL I continued correspondence with the indenture trust company for FPL Vice president James Briggs. But after reading FPL 10k filing with the SEC I realized that Vice President Terrell Kirk Crews was in fact one of the signers for the

responsibilities of company's securities pursuant to the securities exchange act. Thus putting him in a position of fiduciary responsibilities to my Principal balance and my debt security.

10. On February 1, 2024 I mailed another official document titled notice of fault and opportunity to cure, informing Mr. Terrell that he was in fact in default for the failure to respond to my official documents asserting claims to my interest as the beneficiary owner of the account and security held with FPL. I informed him that I would be pursuing official litigation against him for his breach of fiduciary duties owed to me as the beneficiary owner of the account and/or security, Also constituting securities fraud.

11. Denying me right to the interest or equity in my security held with FPL is a form of securities fraud by Vice President Terrell Kirk Crews.

## REQUEST FOR RELIEF

1.  For my rights to use my interest or equity owed to me within my FLORIDA POWER & LIGHTS contract or security held with FPL to be upheld to fulfill my Financial obligations with FPL, so that I can use my interest or my bill of exchange to tender the payment of my FPL account each billing cycle.

2.  For all payments I've made prior to requesting to use my interest, equity or endorsed bill of exchange to be refunded as this would be considered unearned interest accrued by Florida Power & Lights company.

3.  For this penalty of Breach Of Fiduciary Duty by Vice President Terrell Kirk Crews to be properly assessed under the Federal Reserve Act civil penalties (d) Maximum Amounts Of Penalties For Any Violation Described in subsection c/ 12 USC 504(d) - in the case of any person other than a member bank, an amount not to exceed $1,000,000.
4.   For my FPL account and services to be restored and or re opened.

# BORROWER RECEIPT

| | |
|---|---|
| **LICENSEE:**<br>TMX FINANCE OF FLORIDA, INC. D/B/A INSTALOAN<br>2230 S. Highway 77<br>Lynn Haven, FL 32444 | **BORROWER:**<br>JOHNNIE L CASEY<br>2720 east 3rd st<br>Panama city, FL 32401 |
| **PAYMENT DATE:**  02/02/2024 | **ACCOUNT NO.:** 10935-20892-82368973<br><br>*If you have multiple loans, this payment was applied to the loan number identified above.* |
| **PAYMENT DETAILS:**<br><br>Payment Total:   $ 175.00<br><br>Interest:          $34.46<br><br>Charges:         $15.00 | **ACCOUNT DETAILS** (as of payment date):<br><br>Total Balance:        $730.69 |

☐ Account paid in full by rescission

☐ Account paid in full and title returned

☐ Repayment Plan Agreement

InstaLoan - General Borrower Receipt-V1-11.20.2018

INSTALOAN OF LYNN HAVEN #1
2230 S. HIGHWAY 77, SUITE 101
LYNN HAVEN, FL 32444
850-265-0883

02/02/24 02:13 PM
MID: XXXXXXXX1885
TID: XX8288
TLI: 00000003
Card Type: VISA
Card Account: XXXXXXXXXXXX2544
Card Exp: XX/XX
Station: INL10935OPMSCS2
Entry: Contactless
Transaction Type: DEBIT
Debit Serial: 2686
Tran Serial #: 1033984348
Auth Code: 002022
Current Authorized $175.00


Network Label: PULSE
Mode: Issuer
AID: A0000000980840
TVR: 0000000000
IAD: 06011203A00000
ARC: 00


*** NO SIGNATURE REQUIRED ***

Johnnie Casey
314 James St. Apt C
Panama City, FL. 32404

O: US. District Court
1. N. Palafox St.
Pensacola, FL. 32502



JOHNNIE CASEY
(850) 748-8878
THE UPS STORE #0827
844 N TYNDALL PKWY
PANAMA CITY  FL 32404-9407

1 LBS          OF 1
SHP WT: 1 LBS
DATE: 02 FEB 2024

SHIP US DISTRICT COURT
TO: 1 N PALAFOX ST

PENSACOLA  FL 32502-5665

FL 325 0-11

UPS GROUND
TRACKING #: 1Z AW2 971 03 5769 5712

BILLING: P/P